IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES O REAGAN JR. and DEBORAH REAGAN,

    Plaintiffs,

  v.

AMERICAN HOME MORTGAGE SERVICING INC.,

    Defendant.

No. C 11-00704 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The case management conference, currently set for May 26, 2011, is hereby **CONTINUED** to **JUNE 9, 2011, AT 2:00 P.M.**, immediately following the hearing on defendant's motion to dismiss.

**IT IS SO ORDERED.**

Dated: May 19, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE