UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES O. REAGAN, JR AND DEBORAH REAGAN, | Case No. 3:11-cv-00704-WHA |
| Plaintiffs, | ORDER DISMISSING ACTION |
| v. | |
| AMERICAN HOME MORTGAGE SERVICING, INC.; | |
| Defendant. | |

Based on the parties' stipulation and for good cause shown, the claims of plaintiffs James O. Reagan, Jr and Deborah Reagan ("Plaintiffs") against defendant American Home Mortgage Servicing, Inc. ("AHMSI") based on the Fair Credit Reporting Act are dismissed with prejudice.

Plaintiffs' claims against AHMSI based on the California Consumer Credit Reporting Agencies Act, California Civil Code §§ 1785.25 (a) and 1785.31, are dismissed without prejudice to Plaintiffs' right to assert those claims in a second action in the Superior Court of the State of California.
The Clerk shall close the file.

Date: June  6 , 2011.

*[Signature: Judge William Alsup]*

*Reagan v American Home Mortgage Servicing, Inc..*, ND Cal. case no. 3:11-cv-00704-WHA
Order for Dismissal